UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20435-CR-GAYLES/OTAZO-REYES

UNITED STATES OF AMERICA

vs.

MICHEL ALEU, et al.,

                              **Defendants.**
_____/

**UNITED STATES' SIXTH RESPONSE TO THE STANDING DISCOVERY ORDER**

      The United States hereby files this Fifth Response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10 and the Standing Discovery Order.

A.    5.    Books, papers, documents, photographs, and tangible objects, which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant.

        The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial.

B.    DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of those materials enumerated in Rule 16(b) of the Federal Rules of Criminal Procedure.

      The attachments to this response are contained on: one (1) compact disc ("CD") labelled "Sixth Response to the SDO." The following is a list of the items contained in the CD:

**List of Contents of CD: "Sixth Response to SDO"**

| FILE TITLE | BATES RANGE |
|---|---|
| JPMC Bank (Arbelo & Vergel) | SB1087488-F1, 1-76 |
| Lincoln Title Company | LINCOLN TITLE COMPANY-000001 – 000104 |
| Miccosukee Gaming, AGS Machines w Cut Wires | MIG-008249 – MIG-008260 |
| Miccosukee Gaming, Bank/Machine Numbering Reports | MIG-008261 – MIG-008284 |

| FILE TITLE | BATES RANGE |
|---|---|
| Miccosukee Gaming, Cash In Reports, by Type and Gaming Day | MIG-008285 – MIG-008346 |
| Miccosukee Gaming, Charts Re: Coin In Totals | MIG-008347 – MIG-008349 |
| Miccosukee Gaming, Floor Plans | MIG-008350 – MIG-008353 |
| Miccosukee Gaming, Machine Activity Reports (2012-2015) | MIG-008354 – MIG-009784 |
| Miccosukee Gaming, Machine Activity Reports (2011) | MIG-009785 – MIG-010121 |
| Miccosukee Gaming, Miscellaneous | MIG-010122 – MIG-010143 |
| Miccosukee Gaming, RAM Clear Logs (2011-2015) | MIG-010144 – MIG-010184 |
| DAVID records re: Toyota 4Runner w VIN 7642 | DAVID-000001 – 000019 |
| FBI 302 Report, Interview of Michel Aleu, 11.12.2019 | |

Please contact the undersigned Assistant United States Attorney if the compact disc ("CD") is missing, or any of the documents or pages referenced in this response are missing from your compact disc.

          Respectfully submitted,

          ARIANA FARJARDO ORSHAN
          UNITED STATES ATTORNEY

By: /s/ Dwayne Williams
   DWAYNE E. WILLIAMS
   Assistant United States Attorney
   Florida Bar No. 0125199
   99 Northeast 4th Street
   Miami, Florida 33132-2111
   Tel: (305) 961-9163
   Fax: (305) 530-6168
   Dwayne.Williams@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing United States' Sixth Response to the Standing Discovery Order was filed with the Clerk of the Court, via CM/ECF, on this 10th day of December, 2019.

**I FURTHER CERTIFY** that a true and correct copy of the United States' Sixth Response to the Standing Discovery Order together with one compact disc was sent by FedEx courier to counsel for each of the defendants, on this 10th day of December, 2019.

/s/ Dwayne E. Williams
DWAYNE E. WILLIAMS
Assistant United States Attorney
